IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                         )<br>              Plaintiff,                         )<br>                                                         )<br>      vs.                                              )<br>                                                         )<br>WILLIAM SCHWENING and        )<br>RUSSELL HOFFMANN,                )<br>                                                         )<br>              Defendants.                    ) | Case No. 8:05CR282<br><br><br>**SCHEDULING ORDER** |

**IT IS ORDERED** that the following motions filed by defendant Hoffmann are set for hearing on **Thursday, February 2, 2006 at 1:30 p.m.** before Magistrate Judge F. A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18 Plaza, Omaha, Nebraska:

- Motion to Sever [#32]
- Motion to Dismiss [#33]
- Motion to Strike [#34]
- Motion to Compel [#35]
- Motion for Disclosure [#36]
- Motion to Produce [#37]
- Motion to Produce [#38]

A trial date will be set following rulings on the motions.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 9th day of January 2006.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge