IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                           )<br>            Plaintiff,          )<br>                                                           )<br>      vs.                                              )<br>                                                           )<br>WILLIAM SCHWENING and       )<br>RUSSELL HOFFMANN                 )<br>                                                           )<br>            Defendants.        ) | Case No. 8:05CR282<br><br>ORDER |

This matter is before the court on Defendant Russell Hoffmann's Motion to Excuse His Presence From the Hearing (#52), set for February 2, 2006.

**IT IS ORDERED:**

1. The defendant's Motion to Excuse His Presence (#52) is denied. The court requires the presence of criminal defendants at all hearings. This is especially true given that some of the motions are dispositive in nature.

Dated this 27th day of January 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge