# THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR282 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| RUSSELL HOFFMANN, | ) | |
| Defendant. | ) | |

## ORDER

    Before the court is the unopposed motion of Russell Hoffmann (Filing No. 147) to relax the travel restrictions of probation within the continental United States. After considering the motion,

    IT IS ORDERED that defendant's motion is granted, subject to the following conditions:

1. Mr. Hoffmann must contact his probation officer 24 hours prior to departure outside of the district. He must provide an address and contact information of where he will be staying, how long he will be gone, and with whom he will be meeting.

2. Upon his return to the area, Russell Hoffmann must immediately contact his assigned probation officer to notify him/her of his return.

3. Russell Hoffmann must provide to his probation officer verification of his flight, hotel, and meeting information immediately upon his return.

4. Travel must be for defendant's business purposes only. All other travel must meet the regular policy criteria of 14 days' notice.

DATED this 13th day of April, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief U.S. District Court Judge